# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

_____

JIM ERIC SMITH, II,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D22-3764

_____

September 1, 2023

Appeal from the Circuit Court for Hillsborough County; Lyann Goudie, Judge.

Jonathan Hackworth of Hackworth Law, P.A., Tampa, for Appellant.

Ashley Moody, Attorney General, Tallahassee, and Alicia M. Winterkorn, Assistant Attorney General, Tampa, for Appellee.


PER CURIAM.

Affirmed.


LaROSE, KHOUZAM, and ROTHSTEIN-YOUAKIM, JJ., Concur.


_____

Opinion subject to revision prior to official publication.